ABRAHAM SCHOENFELD, surviving partner, &c., respondent,

*v.*

MICHAEL WINTER, appellant.

[Submitted March 27th, 1911. Decided November 20th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 511.*

*Mr. William H. Osborne,* for the respondent.

*Mr. William A. Lord,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, BOGERT, VREDEN-BURGH, CONGDON—10.

*For reversal*—None.